IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **MOISES SANDOVAL MENDOZA,** | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 5:09-CV-86** |
| | § | |
| **DIRECTOR, TDCJ-CID,** | § | |
| | § | |
| Respondent. | § | |

# ORDER

On April 23, 2019, the Court entered a Memorandum Opinion and Order of Dismissal ("Order") (Docket No. 98) and a Final Judgment (Docket No. 99) in this matter. The Court hereby **WITHDRAWS** its Order (Docket No. 98) and Final Judgment (Docket No. 99).

It is so **ORDERED**.

**SIGNED** this 24th day of April, 2019.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE