# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| MOISES SANDOVAL MENDOZA, ) </br> ) </br> Petitioner, ) </br> ) </br> v. ) </br> ) </br> LORIE DAVIS, ) </br> Director, ) </br> Texas Department of Criminal Justice, ) </br> Correctional Institutions Division ) </br> ) </br> Respondent. ) </br> ) | Civil Action No. 5:09-cv-00086-RWS |

## AMENDED NOTICE OF APPEAL

Please take Notice that Petitioner Moises Sandoval Mendoza appeals to the United States Court of Appeals for the Fifth Circuit from this Court's final orders entered on November 19, 2019 (ECF 101) and September 28, 2012 (ECF 64, 65) and all interlocutory orders leading to that judgment.  This Notice amends the previous Notice (ECF 108) that Petitioner filed while awaiting resolution of his motions to amend the judgment and for a certificate of appealability (ECF 104, 107).  This Court denied both motions in orders dated May 14, 2020 (ECF 126-27). This notice includes those orders.

The relevant interlocutory orders include this Court's Orders entered on July 9, 2010 (ECF 10), January 18, 2011 (ECF 26), March 21, 2011 (ECF 31), February 21, 2012 (ECF 48), November 8, 2012 (ECF 68), December 17, 2012 (ECF 71), September 18, 2017 (ECF 97), and May 14, 2020 (ECF 126-27).

Respectfully submitted,

/s/ Jason Zarrow
Jason Zarrow
California Bar. No. 297979
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
213-430-8369
213-430-6407 (fax)
jzarrow@omm.com
*Attorney for Petitioner*
*Moises Sandoval Mendoza*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing motion through the Court's CM/ECF system, which will provide electronic notification of the filing to counsel for all parties on this Twelfth day of June, 2020.

/s/ Jason Zarrow
Jason Zarrow
California Bar. No. 297979
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
213-430-8369
213-430-6407 (fax)
jzarrow@omm.com
*Attorney for Petitioner*
*Moises Sandoval Mendoza*
