

February 4, 2025

<u>Via ECF</u>
Hon. Robert W. Schroeder, III, Judge
United States District Court
500 North State Line Avenue
Texarkana, Texas 75501

Re:    <u>Moises Sandoval Mendoza v. Bobby Lumpkin, Director, et al</u>
        Case No. 5:09-cv-00086-RWS

Your Honor,

        This letter is to notify the Court that I will be on leave and out of the district beginning May 8, 2025 through and including May 25, 2025.  I respectfully request that the Court not schedule any appearances in the above-referenced matter during that time.  Your consideration is greatly appreciated.

                        Respectfully Submitted,

                        /s/ Jeffrey L. Ertel
                        Jeffrey L. Ertel
                        Attorney at Law

JLE/jmh

cc:  Attorneys of Record (*via ECF*)

---

**The Mendelsohn Ertel Law Group LLC**
101 Marietta Street, NW, Suite 3325, Atlanta, Ga 30303
phone: (404) 885-8878  fax: (470) 826-1755  email: brian@tmelg.com
web: www.tmelg.com