# EXHIBIT A

| | |
|---|---|
| **From:** | Stephen Hoffman |
| **To:** | Cassel-Walker, Melissa |
| **Cc:** | Zarrow, Jason; Hindman, Evan; Silverstein, Izi Stone; Ali Nasser |
| **Subject:** | Re: [Mendoza v. Lumpkin] Motion for Appointment of Counsel - Meet & Confer |
| **Date:** | Thursday, December 26, 2024 11:12:39 AM |

Thanks for the clarification. Based on that understanding, we take no position on Mr. Mendoza's motion.

---

**From:** Cassel-Walker, Melissa <mcassel@omm.com>
**Sent:** Tuesday, December 24, 2024 6:45 PM
**To:** Stephen Hoffman <Stephen.Hoffman@oag.texas.gov>
**Cc:** Zarrow, Jason <jzarrow@omm.com>; Hindman, Evan <ehindman@omm.com>; Silverstein, Izi Stone <isilverstein@omm.com>; Ali Nasser <Ali.Nasser@oag.texas.gov>
**Subject:** RE: [Mendoza v. Lumpkin] Motion for Appointment of Counsel - Meet & Confer

Hi Steve,

Thank you for your email. Our proposed supplemental counsel is Jeff Ertel, and no, Mr. Mendoza is not planning to seek delay based on the appointment itself. Please let us know if you'd like to discuss further.

Best,
Mel

### O'Melveny

**Melissa Cassel-Walker**
she, her, hers
mcassel@omm.com
O: +1-415-984-8839

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

---

**From:** Stephen Hoffman <Stephen.Hoffman@oag.texas.gov>
**Sent:** Tuesday, December 24, 2024 2:52 PM
**To:** Cassel-Walker, Melissa <mcassel@omm.com>
**Cc:** Zarrow, Jason <jzarrow@omm.com>; Hindman, Evan <ehindman@omm.com>; Silverstein, Izi Stone <isilverstein@omm.com>; Ali Nasser <Ali.Nasser@oag.texas.gov>
**Subject:** Re: [Mendoza v. Lumpkin] Motion for Appointment of Counsel - Meet & Confer

Ms. Cassel-Walker,

Before we respond, I have two quick questions: Who is your proposed supplemental counsel? And can you confirm that Mr. Mendoza will not be seeking to delay the execution on the basis of this appointment?

Have a happy holiday.

Thanks,

Steve

---

**From:** Cassel-Walker, Melissa <mcassel@omm.com>
**Sent:** Monday, December 23, 2024 10:39 PM
**To:** Stephen Hoffman <Stephen.Hoffman@oag.texas.gov>
**Cc:** Zarrow, Jason <jzarrow@omm.com>; Hindman, Evan <ehindman@omm.com>; Silverstein, Izi Stone <isilverstein@omm.com>
**Subject:** FW: [Mendoza v. Lumpkin] Motion for Appointment of Counsel - Meet & Confer

Dear Mr. Hoffman,

I hope this email finds you well.  In response to the attached meet and confer message, I received Ali's away message with your email address.  If you're able to reply on his behalf, please let us know whether you oppose our request for the appointment of counsel.  We intend to file on Friday.

I am also copying and pasting the message I sent Ali below, in case the attachment does not open for you.

Thank you,
Mel

//

Hi Ali,

I hope this email finds you well.  As you know, Mr. Mendoza is scheduled for execution on April 23, 2025.  To assist with the preparation of his defense, Mr. Mendoza believes he would benefit from the appointment of additional counsel experienced with this stage of capital proceedings.  Mr. Mendoza therefore intends to file a motion for appointment of counsel under section 3599 on Friday, December 27.  Please let us know if you oppose.

Thank you, and wishing you a happy holiday season,
Mel

## O'Melveny

**Melissa Cassel-Walker**
she, her, hers
mcassel@omm.com
O: +1-415-984-8839

O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Website | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of O'Melveny & Myers LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.*

**From:** Ali Nasser <Ali.Nasser@oag.texas.gov>
**Sent:** Monday, December 23, 2024 1:58 PM
**To:** Cassel-Walker, Melissa <mcassel@omm.com>
**Subject:** Automatic reply: [Mendoza v. Lumpkin] Motion for Appointment of Counsel - Meet & Confer

I will be out of the office from December 19, 2024, through December 27, 2024. If you need assistance, please email Stephen Hoffman at stephen.hoffman@oag.texas.gov.