IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| MOISES MENDOZA, §<br>    *Petitioner*, §<br>§<br>v. §<br>§<br>ERIC GUERRERO, Director, §<br>Texas Department of Criminal §<br>Justice, Correctional Institutions §<br>Division, §<br>    *Respondent*. § | Civ. No. 5:09-cv-00086-RWS<br>*DEATH PENALTY CASE*<br>(execution scheduled April 23, 2025) |

## RESPONDENT'S ADVISORY TO THE COURT

Moises Mendoza is a Texas inmate scheduled for execution on April 23, 2025. He filed a motion to stay his execution predicated on his alleged inability to conduct a meaningful clemency investigation. ECF No. 143. That motion is currently pending before this Court. Mendoza's deadline to submit a clemency application to the Texas Board of Pardons and Paroles was April 2, 2025, and his deadline to supplement the application was April 8, 2025. Tex. Admin. Code § 143.43(a),(b). The undersigned has been informed that the Texas Board of Pardons and Paroles has received a clemency application from Mr. Mendoza.

    Respectfully submitted,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

|  |  |
|---|---|
|  | JOSH RENO<br>Deputy Attorney General<br>for Criminal Justice |
|  | TOMEE M. HEINING<br>Chief, Criminal Appeals Division |
| *Counsel of Record* | /s/ Ali M. Nasser<br>ALI M. NASSER*<br>Assistant Attorney General<br>State Bar No. 24098169 |
|  | P. O. Box 12548, Capitol Station<br>Austin, Texas 78711<br>(512) 936-2134<br>(512) 936-1280 (Facsimile)<br>Ali.Nasser@oag.texas.gov |
|  | *Counsel for Respondent* |

~2 ~

## CERTIFICATE OF SERVICE

I certify that on April 9, 2025, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Eastern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Jason Zarrow
O'Melveny & Myers LLP-LA
400 South Hope Street
Los Angeles, CA 90071
jzarrow@omm.com

Melissa Cassel
O'Melveny & Myers LLP-San Francisco
Two Embarcadero Center
28th Floor
San Francisco, CA 94111
mcassel@omm.com

Jeffrey Ertel
The Mendelsohn Ertel Law Group, LLC
101 Marietta Street, N.W.
Suite 3325
Atlanta, GA 30303
jeffrey@tmelg.com

                                                               /s/ Ali M. Nasser
                                                               ALI M. NASSER
                                                               Assistant Attorney General